1 | ROBERT S. BREWER, JR.
United States Attorney
2 | JANET A. CABRAL
Assistant U.S. Attorney
3 | California Bar No. 168900
Office of the U.S. Attorney
4 | 880 Front Street, Room 6293
San Diego, CA 92101
5 | Tel: (619) 546-8715
Email: Janet.Cabral@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19mj0204-LL |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| ANDRE WILBURN, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

None.

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

    Name

    None.

Please feel free to call me if you have any questions about this notice.

DATED: January 22, 2019.

    ROBERT S. BREWER, JR.
    United States Attorney

    s/ Janet A. Cabral
    JANET A. CABRAL
    Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDRE WILBURN,<br><br>　　　　Defendant. | Case No. 19mj0204-LL<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I have served the foregoing document on the above-captioned party(ies) by:

- ■ electronically filing it with the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies the party(ies).
- ☐ causing the foregoing to be mailed by first class mail to the parties identified with the District Court Clerk on the ECF System.
- ☐ causing the foregoing to be mailed by first class mail to the following non-ECF participant at the last known address, at which place there is delivery service of mail from the United States Postal Service:

Executed on January 22, 2019.

*s/ Janet A. Cabral*
JANET A. CABRAL
Assistant U.S. Attorney